IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-1359-CMA-KMT

RALLY SOFTWARE DEVELOPMENT CORP.,

    Plaintiff,

v.

SAMPO IP, LLC, a Virginia limited liability company,

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rally Software Development Corporation dismisses its claims against Defendant SAMPO IP, LLC, with prejudice.

August 14, 2013                                    **COOLEY LLP**


           By:  *s/ Orion Armon*
               Orion Armon (#34923)
               *oarmon@cooley.com*
               Matthew Leary (#43610)
               *mleary@cooley.com*
               COOLEY LLP
               380 Interlocken Crescent, Suite 900
               Broomfield, CO  80021-8023
               Telephone:    (720) 566-4000
               Facsimile:     (720) 566-4099

               *Attorneys for Plaintiff RALLY*
               *SOFTWARE DEVELOPMENT CORP.*

## CERTIFICATE OF SERVICE

I hereby certify that onAugust 14, 2013, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Orion Armon*

396248 v1/CO