**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01359 -CMA-KMT

RALLY SOFTWARE DEVELOPMENT CORP.,

    Plaintiff,

v.

SAMPO IP, LLC, a Virginia limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. # 20), the Court hereby

ORDERS that this case, and all claims asserted in this suit by Plaintiff Rally Software Development Corp. against Defendant Sampo IP, LLC, are DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: August   15  , 2013

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge